# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **DANNY MERLE BOUZIDEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. CIV-26-1474-R** |
| | ) | |
| **KELLY DAVIS, Warden,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## REPORT AND RECOMMENDATION

Plaintiff filed this civil rights action on June 15, 2026, in the Northern District of Oklahoma, alleging violations of his constitutional rights. Doc. 1, at 3-5.[1] United States District Judge David L. Russell referred the matter to the undersigned for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B). Doc. 6.[2] The undersigned recommends the Court dismiss this action without prejudice based on Plaintiff's failure to follow the Court's rules and orders.

## I.  Discussion.

On June 26, 2026, the Court ordered Plaintiff to cure the deficiencies in his filings by either paying the $405.00 filing fee or submitting an IFP

---

[1]  The Northern District transferred the matter to this District for lack of venue. *See* Doc. 2.

[2]  Citations to a court document are to its electronic case filing designation and pagination. Except for capitalization, quotations are verbatim unless otherwise indicated.

application. Doc. 7. The Court gave Plaintiff until July 17, 2026, to comply. *Id.* at 2. The undersigned warned Plaintiff that a failure to timely comply with the Order could result in the Court dismissing the action. *Id.* at 1-2. The Clerk of Court sent the order and appropriate forms to Plaintiff at the address he provided to the Court. *See id.* (court notes). "Papers sent by the court will be deemed delivered if sent to the last known address given to the court." LCvR5.4. As of this date, Plaintiff has not responded to the Court's order.

Plaintiff appears pro se, but he must follow the same rules as any other litigant. *See Davis v. Kan. Dep't of Corrs.*, 507 F.3d 1246, 1247 n.1 (10th Cir. 2007) (holding a pro se litigant "to the same rules of procedure as other litigants"). The undersigned finds that Plaintiff's failure to keep the Court informed of his current address, together with the Court's inherent power to manage judicial resources, warrants dismissal of this action without prejudice. S*ee Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1161 n.2 (10th Cir. 2007) (noting Rule 41(b) permits courts "to dismiss actions sua sponte for a plaintiff's failure to . . . comply with the rules of civil procedures or court's orders"); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (discussing the inherent power of a court to dismiss suits for lack of prosecution).

## II.    Recommendation and notice of right to object.

For the reasons set forth above, the undersigned recommends the Court dismiss this action without prejudice.

The undersigned advises Plaintiff of his right to file an objection to this Report and Recommendation with the Clerk of this Court by August 14, 2026, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72. The undersigned further advises Petitioner that failure to make timely objection to this Report and Recommendation waives his right to appellate review of both factual and legal questions contained herein. *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). This Report and Recommendation disposes of the issues referred to the undersigned Magistrate Judge in the captioned matter.

**ENTERED** this 24th day of July, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE

3