**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **DANNY MERLE BOUZIDAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1474-R** |
| | ) | |
| **KELLY DAVIS, Warden,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Suzanne Mitchell, the Court adopts the Report and Recommendation [Doc. No. 8], in its entirety.

For the reasons stated therein, this action is DISMISSED without prejudice. Plaintiff's Motion [Doc. No. 9] seeking the appointment of counsel is denied as moot.

IT IS SO ORDERED this 21st day of August, 2026.

David L. Russell

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**